IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SCOTT LAPISH, | : Civil No. 1:24-CV-1346 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, this 2nd day of June 2025, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the Commissioner's motion to amend or alter the judgment (Doc. 12) is GRANTED, our Order remanding this matter and judgment in favor of the plaintiff (Docs. 10, 11) are hereby VACATED, and the decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge